1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

10    HUGO LUA,                                )    Case No. ED CV 13-0461 DOC (JCG)
                                               )
11                      Petitioner,            )    **JUDGMENT**
                                               )
12             v.                              )
                                               )
13    G. LEWIS, Warden,                        )
                                               )
14                      Respondent.            )
                                               )
15    _____             )

16
17           IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

**PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
18
Recommendation.
19
20
21
DATED:    May 14, 2013
22
23                                             _____

24                                                  HON. DAVID O. CARTER
                                                  UNITED STATES DISTRICT JUDGE
25
26
27
28